1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  TERRANGE A. KING,                    No. 2:20-cv-1794-EFB P
12           Plaintiff,
13     v.                                ORDER
14  UNKNOWN,
15           Defendant.
16

17     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
18  U.S.C. § 1983. Plaintiff's allegations stem from events that occurred at Salinas Valley State
19  Prison, located in the County of Monterey.
20     The federal venue statute provides that a civil action "may be brought in (1) a judicial
21  district in which any defendant resides, if all defendants are residents of the State in which the
22  district is located, (2) a judicial district in which a substantial part of the events or omissions
23  giving rise to the claim occurred, or a substantial part of property that is the subject of the action
24  is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
25  this action, any judicial district in which any defendant is subject to the court's personal
26  jurisdiction with respect to such action." 28 U.S.C. § 1391(b).
27     In this case, the defendants are located and the claims arose in Monterey County. Thus,
28  venue properly lies in the Northern District of California. For the convenience of the parties and

1 | witnesses and in the interests of justice, this case will be transferred to the Northern District of
2 | California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).
3 |     Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern
4 | District of California. *See* 28 U.S.C. § 1404(a).
5 | Dated:  September 14, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE