UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE A. KING,

    Plaintiff,

v.

D. NGUYEN, et al.,

    Defendants.

Case No. 20-cv-06567-YGR (PR)

**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT; AND DIRECTING DEFENDANTS TO FILE JOINT DISPOSITIVE MOTION**

Defendants D. Bright, D. Esquibel, P. Lam, R. Lim-Javate[1], D. Nguyen, V. Vigil[2], and R. Selvidge moved this Court for a 90-day extension of the deadline to file a summary-judgment motion or other dispositive motion, up to and including September 13, 2021. Dkts. 35, 36.

After full consideration, and good cause appearing, the motions are GRANTED. Dkts. 35, 36. In order to expedite the resolution of this case, Defendants shall serve and file a joint motion for summary judgment or Defendants shall file any joint dispositive motion on or before **September 13, 2021**. If Defendants are of the opinion that this case cannot be resolved by summary judgment or other dispositive motion, they shall so inform the Court prior to the date their motion is due. Consistent with the Court's Order (Dkt. 20), Plaintiff's opposition to Defendants' joint dispositive motion shall be filed and served no later than **twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a joint reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date the joint reply brief is due without a hearing.

The Court notes that this is the first extension in this case. The granting of regular requests for extension should not be expected.

---

[1] The Court notes that Defendant "Doe Lim" has been identified as "R. Lim-Javate." Dkt. 25 at 1.

[2] Defendant "V. Valerie's" name should be "Valerie Vigil" or "V. Vigil." Dkt. 34 at 2.

The Clerk of the Court is directed to update the docket to show that Defendant "Doe Lim" is actually "R. Lim-Javate," *see* Dkt. 25 at 1, and that Defendant "V. Valerie" should be "Valerie Vigil" or "V. Vigil," *see* Dkt. 34 at 2.

This Order terminates Docket Nos. 35 and 36.

IT IS SO ORDERED.

Dated: June 29, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge